## Citation

**THE STATE OF TEXAS**

To: **3M**
c/o Registered Agent, Corporation Service Company
d/b/a CSC-Lawyers Incorporating Service
211 E. 7th Street Suite 620
Austin, TX 78701

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Second Amended Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **18th day of November, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **18th day of November, 2019.**

Isabel Adame, District Clerk
of Willacy County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _/s/ I. Mejia_

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
**Return to Court**

Unofficial Copy

**Exhibit B**

# Return of Citation

Came to hand on the 21 day of Nov., 2019, at 2:00 o'clock P .M.

*Executed at 211 E. 7th Street, #020, within the County of Travis,
at 1:30 o'clock P .M. on the 22 day of November
_____, 2019, by delivering to the within named 3M
_____, in person, a true copy of this such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY

Ramiro Pedraza
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of Travis
Before me, on this day personally appeared Ramiro Pedraza, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

Ramiro Pedraza
Signature of authorized person serving citation

Subscribed and sworn to before me on Nov. 22, 2019, 2019 to certify which witness my hand and official seal.

_____
Notary Public in and for
Travis County, Texas.
My commission expires: 6/27/2022

ELOY BRAVO
Notary Public, State of Texas
Comm. Expires 06-27-2022
Notary ID 124250425

Unofficial Copy

# Citation

**THE STATE OF TEXAS**

To: **3M**
Reg. Agent, C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of **Willacy** County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

## Return of Citation

Came to hand on the 6 day of NOVEMBER, 2019, at 7:00 o'clock P .M.
*Executed at 1999 BRYAN ST, #900, within the County of DALLAS,
at 9:57 o'clock A .M. on the 6 day of NOVEMBER, 2019, by delivering to the within named 3M _____, in person, a true copy of this such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY

_____
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of DALLAS
Before me, on this day personally appeared ELOY BRAVO, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on NOV 6, 2019, 2019 to certify which witness my hand and official seal.

Lynne B Fults
Notary Public in and for
Dallas County, Texas
My commission expires: 5-31-2023

LYNNE B. FULTS
My Notary ID # 10111531
Expires May 31, 2023

Unofficial Copy



7017 1000 0000 3714 4575

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

NOONER'S POSTAGE #1 SAN ANTONIO TX 78247 OCT 29 2019

Sent To: 3M - CT CORPORATION SYSTEM

Street and Apt. No., or PO Box No.: 1999 BRYAN STREET, SUITE 900

City, State, ZIP+4®: DALLAS, TEXAS 75201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

3M
CT CORPORATION SYSTEM
1999 BRYAN ST., No 900
DALLAS, TX 75201

9590 9402 3719 7335 1460 45

2. Article Number (Transfer from service label)

7017 1000 0000 3714 4575

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Terri Thongsavat

C. Date of Delivery: NOV 0 6 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Unofficial Copy

Filed 11/25/2019 12:00 AM
Isabel Adame
District Clerk
Willacy County, Texas
Reviewed By: Isabel Mejia

# Citation

**THE STATE OF TEXAS**

To: **Acciona Windpower North America, LLC**
c/o Secretary of State of Texas
1019 Brazos Street
Austin, TX 78701

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Second Amended Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **18th day of November, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **18th day of November, 2019.**

Isabel Adame, District Clerk
of Willacy County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

# Return of Citation

Came to hand on the 21 day of Nov, 2019, at 2:00 o'clock P .M.
*Executed at 1019 Brazos St., within the County of Travis,
at 2:00 o'clock P .M. on the 22 day of November,
2019, by delivering to the within named Acciona Windpower
_____, in person, a true copy of this such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY

_____
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of Travis
Before me, on this day personally appeared Ramin Polvanga, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

Ramin Polvanga
Signature of authorized person serving citation

Subscribed and sworn to before me on Nov 20, 2019, 2019 to certify which witness my hand and official seal.

_____
Notary Public in and for
Travis County, Texas
My commission expires: 6/27/2022

ELOY BRAVO
Notary Public, State of Texas
Comm. Expires 06-27-2022
Notary ID 124250425

Unofficial Copy

Filed 11/1/2019 9:21 AM
Isabel Adame
District Clerk
Willacy County, Texas
Reviewed By: Isabel Mejia

# Citation

**THE STATE OF TEXAS**

To: **Axis Renewable Group, Inc.**
c/o Secretary of State of Texas
1019 Brazos Street
Austin, TX 78701

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of **Willacy** County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

# Return of Citation

Came to hand on the 25 day of OCTOBER, 2019, at 3:10 o'clock P .M.

*Executed at 1019 BRAZOS STREET, AUSTIN TX within the County of TRAVIS, at 1:30 o'clock P .M. on the 30 day of OCTOBER, 2019, by delivering to the within named AXIS RENEWABLE GROUP INC, in person, a true copy of this such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY

_____
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of TRAVIS
Before me, on this day personally appeared Eloy Bravo Ramiro Pedraza, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on OCTOBER 30, 2019, 2019 to certify which witness my hand and official seal.

_____
Notary Public in and for
TRAVIS County, Texas
My commission expires: 6-27-2022

ELOY BRAVO
Notary Public, State of Texas
Comm. Expires 06-27-2022
Notary ID 124250425

Unofficial Copy

# Citation

**THE STATE OF TEXAS**

To: **Capital Safety, LLC**
c/o Secretary of State of Texas
1019 Brazos Street
Austin, TX 78701

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of **Willacy** County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

# Return of Citation

Came to hand on the 25 day of OCTOBER, 2019, at 3:10 o'clock P .M.
*Executed at 1019 BRAZOS STREET, AUSTIN, within the County of TRAVIS,
at 1:30 o'clock P .M. on the 30 day of OCTOBER
_____, 2019, by delivering to the within named CAPITAL SAFETY LLC
_____, in person, a true copy of this such petition to such copy of citation
and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may
be found _____.

Fee for serving this citation $ _____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY

_____
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of TRAVIS
Before me, on this day personally appeared RAMIRO PEDRAZA, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on OCTOBER 30, 2019, 2019 to certify which witness my hand and official seal.

_____
Notary Public in and for
TRAVIS County, Texas
My commission expires: 6-27-2022

ELOY BRAVO
Notary Public, State of Texas
Comm. Expires 06-27-2022
Notary ID 124250425

Unofficial Copy

# Citation

**THE STATE OF TEXAS**

To: **E.On Climate & Renewables North America, LLC**
Reg. Agent, C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Defendant in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

Plaintiff is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of <u>Willacy</u> County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

# Return of Citation

Came to hand on the 25 day of OCTOBER, 2019, at 2:00 o'clock P .M.
*Executed at E.ON CLIMATE & RENEWABLES within the County of DALLAS
at 9:50 o'clock A .M. on the 6 day of NOVEMBER
_____, 2019, by delivering to the within named 1999 Bryan, #900
_____, in person, a true copy of this such petition to such copy of citation
and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may
be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY
_____
Signature of person serving citation
_____County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of DALLAS
Before me, on this day personally appeared Eloy Bravo, who being duly
sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the
within styled and numbered cause, and competent to make the oath of the facts herein stated, and
that he has read the foregoing Return of Citation and that every statement contained therein is within
his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on NOV 6, 2019, 2019 to certify which witness
my hand and official seal.

_____
Notary Public in and for
DALLAS County, Texas
My commission expires: 5.31.2023.

Unofficial Copy




7017 1000 0000 3714 4582

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
SOONER'S POSTAGE #1
OCT 29 2019
SAN ANTONIO TX 78247

Sent To
E. ON Climate & Renewable - CT Corp
Street and Apt. No., or PO Box No.
1999 Bryan STREET, SUITE 900
City, State, ZIP+4®
DALLAS, TX 75201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

E. ON CLIMATE & RENEWABLES
CT CORPORATION SYSTEM
1999 BRYAN STREET, #900
DALLAS, TEXAS 75201

9590 9402 3719 7335 1460 52

2. Article Number (Transfer from service label)
7017 1000 0000 3714 4582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
Terri Thongsavat
C. Date of Delivery
NOV 06 2019
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Unofficial Copy

Filed 11/11/2019 5:45 PM
Isabel Adame
District Clerk
Willacy County, Texas
Reviewed By: Isabel Mejia

## Citation

**THE STATE OF TEXAS**

To: IEA Constructors, LLC
Reg. Agent, C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of **Willacy** County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

# Return of Citation

Came to hand on the 25 day of OCTOBER, 2019, at 7:00 o'clock P .M.
*Executed at 1999 Bryan St. #900, Dallas, Tx, within the County of Dallas,
at 10:09 o'clock A .M. on the 4 day of NOVEMBER
_____, 2019, by delivering to the within named IEA CONSTRUCTORS
_____, in person, a true copy of this such petition to such copy of citation
and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may
be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY
_____
Signature of person serving citation
_____ County Texas

By _____ Deputy

VERIFICATION

State of Texas
County of N/A
Before me, on this day personally appeared Eloy Bravo, who being duly
sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the
within styled and numbered cause, and competent to make the oath of the facts herein stated, and
that he has read the foregoing Return of Citation and that every statement contained therein is within
his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on NOV 4, 2019, 2019 to certify which witness
my hand and official seal.

_Lynne B. Fults_
Notary Public in and for
N/A County, Texas
My commission expires: 5.31.2023

[Notary seal: LYNNE B. FULTS, My Notary ID # 10111531, Expires May 31, 2023]

Unofficial Copy





7017 1000 0000 3714 4599

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

SOONER'S POSTAGE #1 SAN ANTONIO TX 78247 OCT 29 2019

Sent To
IEA CONSTRUCTORS, LLC - CT CORP
Street and Apt. No., or PO Box No.
1999 BRYAN STREET, SUITE 900
City, State, ZIP+4®
DALLAS, TEXAS 75201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
IEA CONSTRUCTORS LLC
REG AGENT: CT CORPORATION
1999 BRYAN ST., SUITE 900
DALLAS, TEXAS 75201

9590 9402 3719 7335 1460 90

2. Article Number (Transfer from service label)
7017 1000 0000 3714 4599

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X K Hightower
☐ Agent
☐ Addressee
B. Received by (Printed Name) Kim Hightower
C. Date of Delivery NOV 04 2019
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Unofficial Copy

Filed 11/13/2019 11:28 AM
Isabel Adame
District Clerk
Willacy County, Texas
Reviewed By: Isabel Mejia

# Citation

**THE STATE OF TEXAS**

To: Nordex USA, Inc.
Reg. Agent, Cogency Global Inc.
1601 Elm St., Suite 4360
Dallas, TX 75201

**Defendant** in the hereafter-styled and numbered cause **2019-CV-0377-A**

YOU ARE HEREBY COMMANDED TO APPEAR before the 197th District Court of **Willacy** County, Texas to be held at the courthouse of said county in the City of **Raymondville**, Willacy County, Texas, by filing a written answer to the **Original Petition and Requests for Disclosure** of Plaintiff **Joshua Parks** at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **2019-CV-0377-A** styled, **Joshua Parks v. Nordex USA, Inc., Acciona Energy USA Global LLC, Bruenning's Breeze Wind Farm, LLC, IEA Constructors, LLC, E.On Climate & Renewables North America, LLC, 3M and Capital Safety, LLC and Axis Renewable Group, Inc.** filed in said court on this the **22nd day of October, 2019.**

**Plaintiff** is represented by **Laura E. Gutierrez Tamez** whose address is **1800 W. Commerce Street, San Antonio, TX 78207.**

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office this the **24th day of October, 2019.**

Isabel Adame, District Clerk
of Willacy County Texas
576 West Main Street, Suite 102
Raymondville, Texas 78580
BY: _____, Deputy

**NOTICE**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Return to Court**

Unofficial Copy

# Return of Citation

Came to hand on the 25 day of OCTOBER, 2019, at 7:00 o'clock P .M.
*Executed at 1601 ELM ST. SUITE 4360, within the County of DALLAS,
at 11:46 o'clock A .M. on the 6 day of NOVEMBER
_____, 2019, by delivering to the within named Noddox USA Inc
_____, in person, a true copy of this such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

*Not executed, the diligence used to execute being _____;

for the following reason _____, the defendant may be found _____.

Fee for serving this citation $_____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY
_____
Signature of person serving citation
_____County Texas

By _____Deputy

VERIFICATION

State of Texas
County of Dallas
Before me, on this day personally appeared Eloy Bravo _____, who being duly sworn on his oath deposed and said that he is of sound mind, and in no manner interested in the within styled and numbered cause, and competent to make the oath of the facts herein stated, and that he has read the foregoing Return of Citation and that every statement contained therein is within his personal knowledge true and correct.

_____
Signature of authorized person serving citation

Subscribed and sworn to before me on November 6, 2019, 2019 to certify which witness my hand and official seal.

Lynn B. Falk
Notary Public in and for
Dallas County, Texas
My commission expires: 5-31-2023.

Unofficial Copy




7017 1000 0000 3714 4605

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

SOONER'S POSTAGE #1 SAN ANTONIO TX 78247
OCT 29 2019

Sent To: NORDEX USA INC. CT CORPORATION
Street and Apt. No., or PO Box No.: 1601 ELM STREET, SUITE 4360
City, State, ZIP+4®: DALLAS, TEXAS 75201

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NORDEX USA INC.
REG AGENT: COGENCY GLOBAL
1601 ELM STREET, SUITE 4360
DALLAS, TX 75201

9590 9402 3719 7335 1460 83

2. Article Number (Transfer from service label)
7017 1000 0000 3714 4605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X KGoodman ☒ Agent ☐ Addressee

B. Received by (Printed Name): COGENCY GLOBAL
C. Date of Delivery: 11/06/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...il
- ☐ ...il Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Unofficial Copy