UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSHUA PARKS, §
　　　　§
　　Plaintiff, §
　　　　§
VS. § CIVIL ACTION NO. 1:19-CV-222
　　　　§
NORDEX USA, INC., *et al.*, §
　　　　§
　　Defendants. §

## Sixth Amended Scheduling Order

1. Party with burden on an issue shall name expert(s) and produce report(s) by: — February 14, 2022

2. Rebuttal expert(s) shall be named and report(s) produced by: — April 8, 2022

3. Discovery must be completed by: — April 22, 2022

   *Counsel may agree to continue discovery beyond the deadline, but the Court will not intervene. Absent exceptional circumstances, the Court will not grant a continuance because of information acquired in post-deadline discovery.*

4. Dispositive Motions and Motions to Exclude an Expert Witness must be filed by: — May 3, 2022

5. Plaintiff(s) must file the Joint Pretrial Order by: — November 15, 2022

6. Parties must file motions in limine and objections to proposed trial exhibits and witnesses by: — November 22, 2022

7. Final Pretrial Conference is set for 1:30 p.m. on: — November 29, 2022

   *The Court will schedule jury selection and/or the trial date at the Final Pretrial Conference.*

　Signed on November 29, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Fernando Rodriguez, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge